UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-25162-UU

LIBIA VERONICA OSPINA,

    Plaintiff,

v.

EXECUTIVE BANKING CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (the "Joint Motion"). D.E. 11.

THE COURT has considered the Joint Motion and the pertinent portions of the record, the terms of the settlement agreement, and is otherwise fully advised in the premises. The Court finds that the settlement is a fair and reasonable arm's-length agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Joint Motion (D.E. 11) is GRANTED. The Settlement Agreement, D.E. 11-1, is hereby APPROVED. It is further

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The Court will retain jurisdiction to enforce the Settlement Agreement until **Friday, June 19, 2020**. The Court, however, will not enforce the non-disparagement provision. It is further

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED; all motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _15th__ day of January, 2020.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf